The supreme
court will or-
der a judgment
before a justice
to be set off
against a judg-
ment of this
court upon the
same princi-
ples as they
will a judg-
ment of the
C. P.

## EWEN *against* TERRY.

THE plaintiff had recovered a judgment in this court against the defendant; and the latter had recovered two judgments against the former before a justice of the peace. A motion was now made, in behalf of the defendant, to set off and deduct his judgments from the one obtained against him in this court; and that, on paying the balance, execution should be perpetually stayed.

*Wheeler* and *Case*, for the motion.

*D. M. Frye*, contra.

*Curia.* We have never gone farther in practice, than setting off judgments of other courts of record against our own; but the same principle will apply to judgments in a [*127] *justice's court. They are equally conclusive upon the defendant with the judgment of a court of common pleas, which is now a very usual subject of set-off.

Motion granted.